**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-13-388-001-PHX-ROS (MHB) |
| Plaintiff, | |
| vs. | **ORDER OF DETENTION** |
| Leticia Rivas, | |
| Defendant. | |

Defendant was released on Pretrial Supervision on February 22, 2013. Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of her release. Defendant was arrested and appears before the Court with counsel.

Counsel for defendant advises the Court, and defendant confirms on the record, that defendant wishes to waive her right to a hearing on the petition.

The Court deems the waiver a submission and based on the allegations in the petition, the Court finds that defendant violated at least one condition of her release. Further, the Court finds that defendant is unlikely to abide by any condition or combination of conditions of release.

IT IS THEREFORE ORDERED that the defendant's release is revoked and she is detained pending further order of the Court.

DATED this 27th day of October, 2014.

*/s/ Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge